UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| BEAZLEY INSURANCE COMPANY, INC., | |
| Plaintiff, | Civil Action No. 2:21-cv-02057 |
| v. | |
| YRC WORLDWIDE INC., JAMES L. WELCH, STEPHANIE D. FISHER, JAMIE G. PIERSON and DARREN D. HAWKINS, | |
| Defendants. | |

## DISMISSAL WITH PREJUDICE

Plaintiff Beazley Insurance Company, Inc. dismisses all claims and causes of action in the above-captioned matter with prejudice, each party to bear its own costs, under Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 3, 2021                           Respectfully submitted,

By: */s/ M. Courtney Koger*
M. Courtney Koger    KS#15271
KUTAK ROCK LLP
2300 Main Street, Suite 800
Kansas City, Missouri 64108-2432
Tel: (816) 960-0090
Fax: (816) 960-0041
courtney.koger@kutakrock.com

Bryce L. Friedman
Summer Craig
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
bfriedman@stblaw.com
scraig@stblaw.com
*Attorneys for Plaintiff Beazley Insurance Company, Inc.*